**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
lawcarra@aol.com

TELEPHONE
516-742-1135

FAX
516-742-0299

November 14, 2019

**VIA ECF**       MEMO ENDORSED
                        p.2



Hon. Richard M. Berman
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Johnnie Miranti
    Docket No.: 15-CR-00415 (RMB)

Dear Hon. Berman:

As you may recall, I am one of the attorneys for Johnnie Miranti who was sentenced by you to a term of eight months incarceration to be followed by three years of supervised release. Mr. Miranti surrender to the custody of the United States Bureau of Prisons ("BOP") on June 14, 2017 and was released on January 4, 2018. Since that time, he has been under the supervision of the United States Probation Department and most recently supervised by PO Vincent Danielo.

I write, without objection, from the Probation Department to respectfully request that the Court grant Mr. Miranti an early termination from his term of supervised release. Enclosed herein as Exhibit A is an e-mail correspondence from PO Vincent Danielo tendered in response to Mr. Miranti's request for early release wherein PO Danielo replies "you fit our policy for early termination, we would not object."

Your Honor may recall that Mr. Miranti is 44 years of age and plead guilty to a violation of Title 18 U.S.C. 1955. Mr. Miranti accepted responsibility for his conduct through his plea of guilty. Mr. Miranti is married to Dr. Mary Andrea Miranti and the marriage has produced three children; Sophia (age 6), Rocco (age 4) and Milania (age 2). Since his release from custody, Mr. Miranti has re-established his role as a husband, father and son. Mr. Miranti is presently employed as a Manger at a car wash located it Copiague, New York and works well over 40 hours a week. Mr. Miranti has also joined the Copiague Chamber of Commerce as is active as a community member joining in many fund raisers and community events.

Predicated upon the foregoing, it is respectfully submitted that Mr. Miranti is a prototypical candidate for early termination from his remaining term of supervision. As noted earlier, PO Danielo offers no objection to the within application.

Thank you for your consideration,.

Respectfully Submitted,

Lawrence V. Carra'

LVC:ag
Enc.
cc: PO Danielo (via e-mail to: Vincent_Danielo@nyep.uscourts.gov)

SO ORDERED

HON. RICHARD M. BERMAN

---

The Court will hold a conference on 11/25/19 at 10:30am. All parties, including probation shall attend.

SO ORDERED:
Date: 11/18/19    Richard M. Berman
Richard M. Berman, U.S.D.J.