UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA,

                     Government,

15 Cr 415 (RMB)

      - against -

**ORDER**

Johnnie Miranti,
                     Defendant.
------------------------------------------------------------x

The conference in this matter is rescheduled from 10:00 am on March 12, 2020 to 10:30 am on March 18, 2020.

Dated: New York, New York
       March 11, 2020



RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020