UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Government,                         15 Cr 415 (RMB)

        -against-                                                  **ORDER**

JOHNNIE MIRANTI,
                              Defendant.
-----------------------------------------------------------X

As part of J. Berman's intensive supervision program, Supervised release is hereby terminated effective today for the reasons set forth on the record. See transcript of proceedings held on March 18, 2020 for a complete record.

Dated: New York, NY
       March 18, 2020

                                                               _RMB_
                                                       RICHARD M. BERMAN
                                                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2020

To acknowledge fulfillment of the terms and conditions of supervised release by Johnnie Miranti the Court hereby recognizes his hard work and dedication by terminating further supervised release obligations 11 months early.

Congratulations for a job well done.

March 18, 2020

_Richard M. Berman_
Richard M. Berman
U.S. District Judge